IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

ANTHONY LETROY BOYCE,
Plaintiff,

v.

Case No. 21–CV–00267–JPG

MICHAEL DANIEL WALSH,
Defendant.

## JUDGMENT

This matter having come before the Court,

**IT IS HEREBY ORDERED AND ADJUDGED** that Plaintiff Anthony Letroy Boyce's Complaint against Defendant Michael Daniel Walsh is **DISMISSED WITHOUT PREJUDICE**.

**Dated: Friday, March 19, 2021**

**MARGARET M. ROBERTIE
CLERK OF COURT**

**s/Tina Gray, Deputy Clerk**

**Approved by: s/J. Phil Gilbert
J. PHIL GILBERT
UNITED STATES DISTRICT JUDGE**